**Order entered October 18, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00075-CR

### UZO E. AWA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MB-1434546-E**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**.  The State's brief,

received on October 16, 2017, is **ORDERED** filed as of the date of this order.

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE